UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:11-cv-831

Name of party requesting extension: West Asset Management, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 12/19/2011

Number of days requested:  ☐ 30 days
☐ 15 days
☑ Other 14 days

New Deadline Date: 1/23/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Whitney L. White
State Bar No.: 24075269
Firm Name: Sessions, Fishman, Nathan & Israel, LLC
Address: 900 Jackson Street, Suite 440
Dallas, Texas 75202

Phone: 214-741-3017
Fax: 214-741-3055
Email: wwhite@sessions-law.biz

A certificate of conference does not need to be filed with this unopposed application.