**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:11-cv-831** |
| | § | |
| **WEST ASSET MANAGEMENT, INC.,** | § | |
| **AND NANCY VAN HOVEN,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT, WEST ASSET MANAGEMENT, INC.'S,**
**CORPORATE DISCLOSURE STATEMENT**

West Asset Management, Inc. ("West"), by and through the undersigned counsel and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement, and states as follows:

1.      Fed. R. Civ. P. 7.1(a) provides:  "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.      West Asset Management, Inc., a Delaware corporation with its principal place of business in Atlanta, Georgia, is a wholly owned subsidiary of West Receivable Services, Inc., which is a wholly owned subsidiary of the parent corporation, West Corporation.  West Receivable Services, Inc. also owns a 75% ownership interest in Worldwide Asset Purchasing, L.L.C.  No publicly held corporation owns 10% or more of West Corporation stock.

1

Respectfully submitted,


/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile:  214-741-3055
Email: wwhite@sessions-law.biz

**Attorney for Defendant,**
**West Asset Management, Inc.**


## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2012, a copy of the foregoing

**Corporate Disclosure Statement** was filed with the Court via ECF and sent to Plaintiff

via U.S. Mail:

David E. Mack
7720 McCallum Boulevard #2099
Dallas, TX  75252


/s/ Whitney L. White
Whitney L. White