**In the United States District Court
Eastern District of Texas
Sherman Division**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| | § | |
| vs | § | Cause no. 4:11-cv-831 |
| | § | |
| | § | |
| WEST ASSET MANAGEMENT et al | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the court that a settlement of the present matter has been reached between Plaintiff, David E. Mack and all Defendants in this action before the Court. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed January 26, 2012

_David E Mack_
David E Mack


Jessica Hawkins
SESSIONS, FISHMAN, NATHAN & ISRAEL
900 Jackson Street, Suite 440
Dallas, Texas 75202