IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E MACK | § | |
| | § | |
| | § | |
| vs | § | Cause no. 4:11-cv-831 |
| | § | |
| | § | |
| WEST ASSET MANAGEMENT et al | § | |

## MOTION FOR ORDER OF DISMISSAL

NOW COMES the Plaintiff, David E. Mack who having reached a settlement agreement with all Defendants in the above styled cause of action hereby makes this Motion for Order of Dismissal WITH PREJUDICE and requests the Court enter such order in the above styled case pending before this Honorable Court. Each party bearing their own costs of this action.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed February 2, 2012

David E Mack

Whitney L. White
SESSIONS, FISHMAN, NATHAN & ISRAEL
900 Jackson Street, Suite 440
Dallas, Texas 75202